JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

YORYET MARIA LOZANO MOSQUERA,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al,

Respondents.

No. 5:26-cv-01724-SSS-BFM

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is denied.

DATED: June 18, 2026

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE